AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Western District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JUSTIN ELLIS | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.   5:24CR50032-001<br>USM No.   27659-009<br><br>John Baureis<br>_Defendant's Attorney_ |

**THE DEFENDANT:**

☒ admitted guilt to violation(s)   No. 1, No. 2, and No. 3 contained in the Petition to Revoke.

☐ was found in violation of condition(s) count(s)  _____

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition: New Law Violation | June 13, 2023 |
| 2 | Mandatory Condition: Unlawful Possession of a Controlled Substance | June 13, 2023 |
| 3 | Standard Condition #7: Unlawful Distribution of a Controlled Substance | June 13, 2023 |

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   4709

Defendant's Year of Birth:   1988

City and State of Defendant's Residence:
Fayetteville, Arkansas

September 12, 2024
Date of Imposition of Judgment

_/s/ JLB_
Signature of Judge

Honorable Timothy L. Brooks, United States District Judge
Name and Title of Judge

September 17, 2024
Date

AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page  2  of  2

**DEFENDANT:** JUSTIN ELLIS
**CASE NUMBER:** 5:24CR50032-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **twenty-four (24) months, to run consecutive to the sentence imposed in Western District of Arkansas Case Number 5:23CR50054-001. There is no term of supervised release to follow on this case.**

☒ The court makes the following recommendations to the Bureau of Prisons:
  1. That the defendant be designated to FCI Texarkana.
  2. That the defendant be allowed to participate in RDAP.
  3. That the defendant be provided a mental health screening and be evaluated for any underlying mental health issues, and that the defendant be afforded any treatment that would be appropriate.
  4. That the defendant be allowed to participate in any building trade programs.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL